# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of March, two thousand and fifteen.

_____

In re: Residential Capital, LLC,
   Debtor.
-----------------------------------------------------------------

Corla Jackson,
   Appellant,

v.

ResCap Borrower Claims Trust,
   Appellee.

_____

**ORDER**
Docket No. 14-4637

    Appellant moves for an extension of time, through March 10, 2015, to "file appeal."

    IT IS HEREBY ORDERED that the motion is DENIED as unnecessary because no deadlines were set to expire on March 10, 2015. Appellant is directed to file an Acknowledgment and Notice of Appearance and Form D-P within fourteen (14) days of the date of this order.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court